

# EMPLOYEE HANDBOOK

INTERNATIONAL HEADQUARTERS
WILLOW GROVE, PA

AN EQUAL OPPORTUNITY EMPLOYER

Rev. 5/2015

Case 7:16-cv-00339-GEC   Document 1-3   Filed 07/15/16   Page 1 of 40   Pageid#: 21

# WELCOME!

We are pleased that you are now part of a utility service company and hope that the relationship will be a long and rewarding one for you.

Our growth from a small company back in 1928 to our present status as an international organization has been due to people like you who have joined us over the years. That's why we're vitally interested in our new employees, realizing full well that they can be the Asplundh leaders of tomorrow.

This booklet tells you about Asplundh and will give you answers to some of the questions you may have about the Company, its organization, and its policies.

It is the policy of Asplundh Tree Expert Co. and all of its subsidiaries and its management to work continually toward improving recruitment, employment, development and promotional opportunities for minority group members and women.

It is the company's intent to provide equal opportunity in all areas of its employment practices and to ensure that there be no discrimination against any applicant or employee on the grounds of race, color, religion, sex, age, disability, national origin, citizenship status, veteran status, marital status, sexual orientation or gender identity.

This policy extends to recruiting and hiring, to working conditions, training programs, use of company facilities, and all other terms, conditions and privileges of employment. However, if you feel you have been discriminated against, report the incident promptly to the Corporate E.E.O. Officer at (215) 784-4200.

Management will continue to be guided and motivated by this policy, and with the cooperation of all employees, will actively pursue the related goals of equal and affirmative action throughout the company and all of its subsidiaries.

On behalf of Management, I personally wish you the best of luck and success in your new job.

Scott M. Asplundh
Chief Executive Officer

## DISCLAIMER

THE POLICIES AND/OR PROCEDURES SET FORTH IN THIS HANDBOOK ARE OFFERED BY THE COMPANY AS GUIDELINES ONLY. THE COMPANY RESERVES ABSOLUTE DISCRETION TO DEVIATE FROM THE POLICIES OR PROCEDURES SET FORTH HEREIN AND TO ALTER, AMEND, DELETE, OR REVISE THE POLICIES AND/OR PROCEDURES SET FORTH HEREIN AS IT DEEMS APPROPRIATE AND IN THE INTEREST OF THE COMPANY. YOUR EMPLOYMENT WITH THE COMPANY IS AN AT-WILL EMPLOYMENT UNDER THE LAWS OF THE STATE. THIS MEANS YOUR EMPLOYMENT MAY BE TERMINATED AT ANY TIME WITH OR WITHOUT NOTICE BY THE COMPANY AND YOU MAY QUIT YOUR EMPLOYMENT WITH THE COMPANY AT ANY TIME. NOTHING IN THIS HANDBOOK SHOULD BE CONSIDERED TO ALTER THE AT-WILL NATURE OF YOUR EMPLOYMENT WITH THE COMPANY. NO ONE EXCEPT THE PRESIDENT OR VICE PRESIDENT OF THE COMPANY IS AUTHORIZED TO ALTER THE AT-WILL NATURE OF THE EMPLOYMENT OF ANY EMPLOYEE OF THE COMPANY. SUCH ALTERATION MUST BE IN WRITING, SIGNED BY THE PRESIDENT OR VICE PRESIDENT AND CLEARLY STATE THAT THE PURPOSE OF THE WRITING IS TO ALTER THE AT-WILL EMPLOYMENT RELATIONSHIP.

It is the policy of our Company and all of its subsidiaries and management to work continually toward improving recruitment, employment, development and promotional opportunities for minority group members and women.

It is Asplundh Tree Expert Co.'s intent to provide equal opportunity in all areas of its employment practices and to ensure that there be no discrimination against any applicant or employee on the grounds of race, color, religion, sex, age, disability, citizenship status, national origin, veteran status, marital status, sexual orientation or gender identity.

This policy extends to recruiting and hiring, to working conditions, training programs, use of company facilities, and all other terms, conditions and privileges of employment. As a field employee, complaints may be made to your immediate supervisor, (Foreperson, General Foreperson, Supervisor) or Region Manager. As a Corporate Home Office employee, complaints may be made to your immediate supervisor, department manager or the Office Personnel Manager. If you cannot report to your supervisor or manager, or if a complaint you have made has not been promptly addressed, you should call the Corporate EEO Officer at 215-784-4200.

Management will continue to be guided and motivated by this policy, and with the cooperation of all employees, will actively pursue the related goals of equal and affirmative action throughout the Company and all of its subsidiaries.

On behalf of Asplundh Tree Expert Co.'s management, we personally wish you the best of luck and success in your new job.

Asplundh Tree Expert Co. retains inherent rights to manage, including, but not limited to, the right to determine the number, location, and manner of operations; number of employees and assignments of work, transfers, promotions, demotions, layoffs, or terminations for lack of work or other reasons; and to set rules, suspend, discharge or take other disciplinary measures.

As part of the application and hiring process, additional policies will be provided for your review and are to be treated as having been incorporated by reference into this handbook.

Nothing contained in this handbook shall create, nor is it intended to imply or create, an employment contract or constitute a representation of continued employment. The employment relationship may be terminated at any time by either party without cause.

Rev. 5/2015

## **THE WORK WE DO . . .**

Our major activity is utility line clearance - the trimming and removal of trees along power and telephone lines to prevent service interruptions caused by damage to the wires.

In doing this work, it is our intent:

- To maintain the highest standards of quality in our services.

- To work together with mutual respect and friendly cooperation.

## **PRIVATE TREE WORK**

No employee has the authority, without Sponsor approval, to solicit or engage in private tree work as a representative of Asplundh Tree Expert Co.

Anyone who solicits or does unauthorized private work during working hours, who misrepresents him or herself as doing private work for Asplundh Tree Expert Co., or who uses Company-owned tools or equipment for private work is subject to discharge.

We recognize that some employees may engage in private tree work on their own behalf and on their own time. If you do this, remember - you do this work at your own risk. In case of injury to yourself, you are not covered by Workers' Compensation, and you may not be covered by your group medical and life insurance. Also, you would be liable for any injury or damage to others.

Rev. 5/2015

# ASPLUNDH TREE EXPERT CO.

Our Company is unusual in several ways that help us to be successful: the Manager who "sells" a job is responsible for running it; and the business is owned by the people who operate it.

Payroll and customer billing is done at the Home Office in Willow Grove, PA. Also, at this location, are the Sponsors who set company goals and plans, and provide direction for the Region Managers.

Field operations are under the direction of over 50 Region Managers, who have full operating responsibility for the geographical areas and utility properties assigned to them.

In many cases, your General Foreperson will report directly to a Region Manager, although when operations are large enough to support it and additional management is needed, there may be a Supervisor to whom the General Foreperson reports.

General Forepersons must ensure that costs are controlled, production and equipment are maintained, and the utility customer is pleased with our crews.

The Foreperson is assigned complete responsibility for your crew: to train you, and to solve your work problems as they occur.

# ORGANIZATIONAL CHART



Home Office Sponsors

Region Managers

Supervisors

General Forepersons

Crew Forepersons

Crew Members

Rev. 5/2015

# WHAT ASPLUNDH TREE EXPERT CO. EXPECTS
## FROM YOU . . .

As a representative of Asplundh Tree Expert Co., you are expected to work according to its established policies. Some of these are listed here. Others may apply to your area specifically.

## Appearance and Clothing

In addition to conduct and attitude, your appearance is important. Neatness, sensible clothing, and care in personal hygiene are vital to public relations.

All field employees must wear "Hard Hats" and "Safety Glasses". This is for your protection, and is required by law.

Company T-shirts, jerseys and other items of work clothing can be purchased at cost through the Payroll Deduction Program.

## Attendance

Let your Foreperson know as quickly as possible when you will miss work. Steady attendance and being on-time are essential to planning and crew operation. Lateness or absenteeism will result in disciplinary action and possibly discharge.

## Conduct

Almost everyone in our Company has come up through the ranks. Your growth in Asplundh Tree Expert Co. will be determined largely by your conduct on the job.

Work cooperatively. Effective crew operations come from the support, skill, and dependability of each person. Meeting your Foreperson more than halfway will greatly assist you to make good in your new job.

Be considerate and courteous in contacts with customers, the general public and fellow employees. Racial or sexual harassment will not be tolerated.

## Discipline and Discharge

Work rules have been established for the whole Company. Additional rules and disciplinary policies may apply in your area. The rules and instructions given to you are designed to make sure the job is done safely, properly and the way the customer wants it.

You are expected to follow the rules and to do what you are told. If you do not, your Foreperson or General Foreperson will take whatever disciplinary action he/she feels is necessary, up to and including discharge.

Discharge offenses include but are not limited to: excessive absenteeism, drinking intoxicants or using drugs just before or during work, the possession, distribution, purchase or sales of drugs during the working day, fighting, bringing firearms or other weapons on the job, falsifying records, gambling during working hours, violation of safety rules resulting in immediate danger to yourself or your fellow employees, repeated violation of the safety or work rules, and insubordination.

## Keep Us Informed

Notify your Foreperson whenever there are changes in your personal situation such as: your address, telephone number, number of dependents, or an off-the-job injury.

Your income tax form (W-2 / T-4) will be sent directly to your home, so it is particularly important that we have an accurate and up-to-date address.

## No Harassment Policy

Asplundh Tree Expert Co. is committed to maintaining a work environment that is free from discrimination and in which employees at all levels can devote their full attention and best efforts to the job. Harassment has no place in the work environment. Asplundh Tree Expert Co. does not authorize and will not tolerate any form of harassment based on the following factors: race, color, religion, sex, age, disability, citizenship status, national origin, veteran status, marital status, sexual orientation, gender identity or any other characteristic that is protected by law. This policy applies to management and non-management employees alike, and even to non-employees who harass our employees.

Examples of "harassment" covered by this policy include offensive language, jokes, or other physical, verbal, written, or pictorial conduct relating to the employee's race, color, religion, sex, age, disability, citizenship status, national origin, veteran status, marital status, sexual orientation, gender identity or other factors protected by law that would make a reasonable person experiencing such behavior feel uncomfortable or would interfere with the person's work performance.

The examples below are just that - examples. It is impossible to list every type of behavior that can be considered harassment in violation of this policy. In general, any conduct based on these traits that could

interfere with an individual's work performance or could create an offensive environment will be considered harassment in violation of this policy. This is the case even if the offending employee did not mean to be offensive. It is essential that employees be sensitive to the feelings of others.

## Sexual Harassment

Sexual harassment (whether opposite-sex or same-sex) is strictly prohibited. Some examples of the types of behavior that are considered sexual harassment in violation of this policy include: sexually offensive jokes or comments; physical assaults or other touching that is sexual in nature; promising favorable treatment or threatening unfavorable treatment based on the employee's response to sexual demands; displays of sexually oriented reading materials or pictures, including electronic materials; or punishing an employee for complaining of sexual harassment.

## Harassment Based on Race, Color, Religion, Sex, Age, Disability, Citizenship Status, National Origin, Veteran Status, Marital Status, Sexual Orientation or Gender Identity

Harassment based on these other traits deserves special mention and is also strictly prohibited. Some examples of the types of behavior that will be considered harassment, in addition to the examples previously stated, based on these characteristics include: jokes or negative comments about these characteristics; displays of reading materials or pictures containing negative material about these characteristics, including electronic materials; vandalism or "pranks" based on these characteristics; name-calling based on these characteristics; or punishing an employee for complaining of these types of harassment.

This policy cannot identify every behavior or conduct that might be proscribed by this policy. Therefore, if you are uncertain as to whether certain acts violate this policy, you should report the matter nonetheless.

## Reporting Harassment

Asplundh Tree Expert Co. cannot resolve matters that it does not know about. Every employee has a duty to immediately report harassment so that Asplundh Tree Expert Co. can try to resolve the situation. You should report harassment when you feel that you have been harassed or when you have seen someone else being harassed. This is true whether the alleged harasser is an employee, a supervisor or manager, or even a non-employee, such as a customer or vendor with whom Asplundh Tree Expert Co. does business.

To report harassment, call Asplundh Tree Expert Co.'s E.E.O. Officer at 1-800-248-8733, ext. 4439 or contact your immediate Supervisor (Foreperson, General Foreperson, or Supervisor) or your Region Manager. These individuals have been trained to respond appropriately to reports of harassment.

Once your report has been received, Asplundh Tree Expert Co. will conduct a prompt and thorough investigation; discuss the results with the complaining employee and, where appropriate, the action to be taken; keep the investigation and results as confidential as possible; and if the complaint is verified, take appropriate corrective action, up through and including termination of the harasser. No employee will be punished for bringing a report of harassment to Asplundh Tree Expert Co.'s attention or for cooperating in an investigation.

## **Workplace Violence Policy**

**POLICY**

Asplundh Tree Expert Co.'s object is to provide a work environment which is free from violence or threats of violence against individuals, groups or employees or threats against Company property. (This includes domestic violence which may occur on our property.) This policy requires that all individuals on Company premises or while representing Asplundh Tree Expert Co. conduct themselves in a professional manner consistent with good business practices and in absolute conformity with non-violence principles and standards. Additionally, employees must be alert to, and immediately inform appropriate Company management staff of any behavior(s) or potential behavior(s), which violate or could constitute a violation of this policy. Asplundh Tree Expert Co. strictly prohibits the use of violence or threats of violence in the workplace and views such actions very seriously. Company policy applies the same standards to non-employees. Asplundh Tree Expert Co. will immediately investigate all incidents of violence, potential violence or threats of violence of which it becomes aware and will take appropriate action to resolve these situations.

**SCOPE**

This policy applies to all employees and locations of Asplundh Tree Expert Co., its subsidiaries and affiliates.

## DEFINITIONS

Workplace Violence: A single behavior or a series of behaviors which constitute actual or potential assault, battery, harassment, intimidation, threats or similar actions, attempted destruction, or threats to Asplundh Tree Expert Co. or personal property; which occur in a Company workplace, at an Asplundh Tree Expert Co. work location or while individual is engaged in Company business.

## GENERAL PROVISIONS

All employees are responsible for establishing and maintaining a work environment that promotes professionalism and is free of actual or potential workplace violence. This responsibility includes being alert to situations in which workplace violence is occurring or is likely to occur, and immediately notifying Asplundh Tree Expert Co. of any incidents or concerns.

Any individual who feels they have been the subject of workplace violence, or has identified a situation where workplace violence has or possibly could occur should bring it to the immediate attention of their supervisor, manager, department head or Human Capital Department, at 215-784- 4439. Appropriate confidentiality will be exercised.

Early involvement of Company management is critical to help ensure that reasonable precautions will be taken to eliminate or minimize any risks. The Company will involve appropriate law enforcement or other professional personnel, and/or remove individuals from Company premises as warranted. Reported incidents will be kept confidential to the extent possible in accordance with the best interests of all employees and Company security.

Violations of this policy or related policies and procedures may lead to disciplinary action up to and including termination of employment for Company staff or termination of the services of a consultant, vendor or supplemental worker and/or their associated firm.

Asplundh Tree Expert Co. reserves the right to report such violations to appropriate law enforcement agencies as deemed appropriate.

## Electronic Communications Policy

Asplundh Tree Expert Co. provides electronic mail (E-mail), Internet access and voice mail systems and related software to facilitate effective, timely and secure and ethical business communication. This policy applies to both internal and external uses of e-mail and voice mail including the use of the Internet to transmit and receive information.

The voice mail, e-mail and computer systems are owned by Asplundh Tree Expert Co. and are provided for business use. Employees have no expectations of privacy in any information communicated through Company voice mail, E-mail systems or information accessed through the Internet. All messages and other information communicated through the mail systems or stored on the computer are the property of the Company. Use of the mail or computer systems to receive, transmit or store privately owned software programs are not permitted. Employees cannot install software, including shareware and freeware, without prior approval of the CIO. Asplundh Tree Expert Co. does not condone or support software license violation, and any unlicensed software will be removed immediately.

The systems may not be used for personal business or to solicit for or promote commercial ventures, religious or political causes, outside organizations or other non-job-related solicitations. In addition, the E-mail and voice mail systems are not to be used to create offensive or disruptive messages. Among those which are considered offensive are messages which contain sexual implications, racial slurs, gender-specific comments or any other comment that offensively addresses someone's age, sexual orientation, religious or political beliefs, national origin or disability. Internet access to inappropriate websites, chat rooms, sites containing sexist or racial content is prohibited.

All confidential Company information must be transmitted via the Corporate standard email system and network.

Corporate data remains the property of Asplundh Tree Expert Co. and will be surrendered or destroyed upon demand, regardless of storage method or media, including personally owned computers and media.

The E-mail and voice mail systems should not be used to send (upload) or receive (download) copyrighted materials, trade secrets, proprietary financial information or similar materials without prior authorization. Asplundh Tree Expert Co. may access and disclose data stored on its voice and data network systems, including stored voice mail, E-mail messages and Internet addresses visited and may monitor usage of the mail and computer system in compliance with applicable law. Further, the Company reserves and intends to exercise the right to review, audit, intercept, access, and disclose all messages created, received or sent over the E-mail and voice mail systems for any purpose, as well as maintaining a record of all Internet activity.

The confidentiality of any E-mail, voice mail message or Internet usage should not be expected. The use of password protection does not provide a right to privacy for the user, and is only a means to secure

Rev. 5/2015

communication from other employees or third parties. Password protection does not protect the employee from access by the Company. Even when a message is deleted, it is still possible to retrieve and read that message. Further, the use of passwords for security does not guarantee confidentiality. E-mail and voice mail may be as permanent as hard copy communications. No message should be sent except those that you would be comfortable putting in a letter or memo for general distribution.

Any employee who is found in violation of this policy shall be subject to disciplinary action, up to and including employment termination.

## Privacy and Disposal Policy

It is the policy of Asplundh Tree Expert Co. to adhere to all legal guidelines regarding the privacy of individuals (including but not limited to, employees, clients, individuals associated with Company clients, vendors, etc.) Information concerning individuals that is considered private in nature includes, but is not limited to, name, address, telephone number, social security number, personal medical information, and/or other personal and identifying information. Our Company does not disclose any non-public personal financial or any non-public medical information regarding individuals except as permitted or required by law. Such information maintained by our Company is kept in confidence.

It is the requirement of all employees of our Company to properly dispose of private information pertaining to individuals. Documents containing private information may include, but are not limited to, Motor Vehicle Records (MVRs), Criminal Background Checks, or any other document containing private information as described above. This information is to be disposed of only via shredding. It is inappropriate to dispose of this information via trash or recycle disposal.

No Company employee or representative is authorized to dispose of personal individual information in any manner other than shredding as described above.

Disposal of Company computers shall be accomplished through the direction of the Information Technology Department at 215-784-4441.

All paper-based documents relating to Asplundh Tree Expert Co.'s personnel record system are required to be kept in secure, locked files in the Region office. These files are to be accessible only to authorized Company representatives who demonstrate a valid need for specific information from an employee's personnel record.

All medical information relating to an employee is required to be kept in the separate Medical Records System files maintained by the Region

office. Access to these medical files is limited to individuals authorized to view medical information.

It is the policy of our Company to prohibit the dissemination or sharing of personal and private information with anyone except as permitted or required by law. In the normal course of business Asplundh Tree Expert Co. has need to provide personal and private employee information to outside non-governmental entities. In these instances Asplundh Tree Expert Co. will request and review the outside entities privacy and destruction policies to insure that they comply with applicable laws.


## Distracted Driving Policy & Guidelines

It is the policy of the Asplundh Tree Expert Co. to conduct its business in a manner that protects the safety of employees, customers and the public.  Safely operating a motor vehicle requires a driver's total attention.  Accordingly, the following requirements and best practices are the <u>minimum expectations</u> that apply to all employees at all times when driving a company vehicle or while operating a personal or rental vehicle while engaged in company business.  The purpose of this document is to modify behavior to minimize driver distraction.   However, continuous violation of the requirements of this policy may result in discipline up to and including discharge.

Requirements:
- Drivers shall not text, read or send emails in moving vehicles.
  *Note: "Moving" is defined as wheels turning at any speed.*
- Drivers shall not manually dial using a cellular telephone or other communication devices in moving vehicles.
- Drivers may talk & drive while on a cellular telephone only during the following conditions:
  — When using a hands-free device
  — When the following distance is increased to at least 4 seconds
  — When NOT driving through a construction zone

  *Note: Hands-free is defined as a device that allows the user to speak and listen without the use of physical contact with the phone.  For purposes of this definition, physical contact to activate the call is not included.*
- Personal cell phones (*if used while on the clock*) shall follow same company rules.

Case 7:16-cv-00339-GEC   Document 1-3   Filed 07/15/16   Page 16 of 40   Pageid#: 36

- Drivers shall minimize activities that increase the likelihood of distractions (eating, drinking, smoking, reading, writing, etc.)
- Computers in vehicle – laptop shall be kept closed while vehicle is moving.
- GPS Directional Guidance Devices may be used but shall not be programmed by the driver while the vehicle is moving. Treat it as a gauge on the dashboard … not staring for greater than 2 seconds.
- The driver/passenger compartment of all vehicles must be kept clean and free from loose material that may move or shift during transit and cause a distraction for the driver.
- Team Driving - At least one person in addition to the driver shall stay awake.

Best Practices:
- When possible, don't talk and drive on a cellular telephone.
- Plan calls before or after you drive to your destination.
- Whenever a passenger is present in the vehicle, they could be used to answer or make any necessary cell phone calls.
- Passengers may use cellular telephones or other communication devices only if the conversation is not a distraction to the driver.
- Allow callers to leave a message on voicemail and return the call when you have reached your destination.
- If you need to make an immediate call, pull into a parking lot, rest stop, or other safe area away from moving traffic.
- When talking and driving at the same time, keep the conversation short and light.

## Storm Emergency

Nothing is more important than our prompt, effective response to help a utility restore service when it is interrupted by wind, snow, or ice.

When you are called out on an emergency, it is Company policy that you must report to work. Unless you have a valid excuse, refusal will result in disciplinary action.

## Tools and Equipment

Asplundh Tree Expert Co. provides all of the tools and equipment you will need on the job. These are of the highest quality, designed to suit your particular job and meet maximum safety standards. To do this we are constantly working with suppliers to improve the tools and equipment you use.

Proper care and maintenance of tools and equipment will help to make your job safer and easier. Abuse of tools or equipment will not be tolerated.

Rev. 5/2015

## WHAT YOU CAN EXPECT FROM
## THE COMPANY . . .

**NOTHING IN THIS HANDBOOK IS INTENDED AS A GUARANTEE OF EMPLOYMENT FOR ANY SPECIFIC LENGTH OF TIME OR FOR ANY PARTICULAR TYPE OF WORK. ALL ASSIGNMENTS AND CONTINUED EMPLOYMENT WILL DEPEND UPON YOUR SATISFACTORY PERFORMANCE AND THE COMPANY'S DETERMINATION OF THE NEED FOR YOUR SERVICES.**

**ALL POLICIES, PROCEDURES AND BENEFITS DESCRIBED IN THIS BOOKLET MAY BE IMPROVED, MODIFIED, CHANGED OR DISCONTINUED WITHOUT PRIOR NOTICE.**

## Method of Pay

The company offers three methods of pay:

**1. Direct Deposit** (*contact your General Foreperson for an authorization form*) - the net amount of your check will be deposited into your bank account weekly for work done during the preceding week.

**2. Check** - You will be paid weekly by check. Your check will cover the work done during the preceding week. Make sure your check stub is accurate as to pay rate, hours worked, deductions, and net pay. Keep the stub as a permanent pay record. Your check must be endorsed by you. Any other person signing your name to your pay check may be guilty of forgery.

**3. Pay Card** – (*contact your General Foreperson for an authorization form*) the net amount of your check will be deposited on to the pay card for work done during the preceding week.

## Promotions

It is the policy of Asplundh Tree Expert Co. to promote from within the Company whenever possible.

## Transfers

Transfers from one crew to another are made for several reasons. If you show ability to perform your work properly and get along well with others on the job, it may be to the advantage of both you and Asplundh Tree Expert Co. to transfer you to another crew in which the opportunity for advancement may be better.

If work becomes less available, your Foreperson may recommend a transfer to another crew on a temporary basis to keep you permanently employed.

All transfers must first be approved by the Foreperson and General Foreperson.

## Wages

You were informed of your pay rate when you were hired. Asplundh Tree Expert Co. endeavors to maintain the highest standards of pay that will still enable us to compete and provide steady work.

## Working Hours and Overtime Pay

Management will schedule your working hours in agreement with Company policy and the standard practice in your locality. You are expected to work your scheduled hours. If you work time outside of your scheduled hours without authorization you will be compensated, but subject to disciplinary action according to Company policy.

All hours worked over forty in a week will be paid at overtime rates as required by Wage and Hour laws. If you have a problem with proper payment for hours worked please call 1-800-248-8733 ext. 4439 for assistance in resolving your issues.

## Workers' Compensation

If you are injured while performing your work, you will receive compensation for time lost in accordance with the terms of the Workers' Compensation Act effective in the state or province where you are employed.

Any on-the-job injury must be reported to your Foreperson when it occurs to fully protect your eligibility.

## Your Progress

There are many ways to increase your skills and your knowledge of our business. Your efforts to do this improve your chances of promotion. Your Foreperson gives you on-the-job training and is your best source of information. However, there are Company manuals you can borrow and related books you can read.

Because of our ever-expanding services to the utility industry, opportunities for advancement become available in not only your own area, but also in new areas. Your willingness to relocate could improve your chances for promotion.

Your personal success will be built on how quickly and how well you learn, and on your dependability. On our crews, regular attendance and punctuality are vital. In addition, when a task is assigned to you, it is expected to be done efficiently and professionally.

We are able to do our work better than our competition because our people are always looking for improvements in methods, tools, and equipment. Your good ideas are important to our progress.

## Employee's Magazine

We hope you will like the Asplundh Tree Expert Co. magazine. Four times a year it will bring you news and pictures of folks you know, information about Asplundh Tree Expert Co., and many other interesting items. The editor appreciates your interest and solicits news, photos and clippings from all of you, because in every way the Asplundh Tree Expert Co. magazine is your magazine.

## EMPLOYEE BENEFITS

The following are typical benefits available to employees in many parts of our Company.

**NOTE CAREFULLY THAT SPECIFIC BENEFITS ARE BASED ON THE AREA OR UTILITY PROPERTY ON WHICH YOU WORK.**

For information on specific benefits, enrollment applications, and detailed explanations, talk to your hiring agent, or the Human Resources/Employee Benefits Department at the Home Office in Willow Grove.

## TYPICAL BENEFITS

### Health Benefits

Eligibility: All full-time (scheduled to work at least 30 hours per week), eligible hourly employees working within a Region that participates in a Company sponsored health plan. Individuals hired into Office or Management positions must contact their hiring agent for additional eligibility and enrollment details.

Enrollment: Employee must complete and submit an enrollment application, attach all required supporting documents if enrolling dependents and must provide all documents within their first 30 days of employment. Coverage will begin on the 91st day of service to all actively working employees who have completed the eligibility period and submitted their timely enrollment documents. Request enrollment application and benefit plan information from your hiring agent.

### 401(k) Savings Plan

The Company offers a 401(k) Savings Plan, which provides eligible employees the ability to save for retirement through tax-deferred contributions. An employee becomes eligible to participate if you are working in an eligible class as follows: hourly non-union employee, hourly union employee if the 401(k) plan is included under the collective bargaining agreement or salaried exempt employee who is working in an eligible classification as outlined under the terms of the Plan.

Eligible employees may enroll at the beginning of any month following completion of 90 days of service, and may elect to defer pre-tax contributions in any whole percentage from 1% to 100% (after all required

deductions) of your weekly earnings, not to exceed the maximum annual deferral limit allowable by law. There are no paper enrollment applications to complete or submit; all enrollments are processed via toll-free number: 1-888-676-5512, or via website: my.trsretire.com. Employees may also obtain and review investment information by contacting Transamerica Retirement Solutions, via toll-free customer service number: 1-800-755-5801, or via their website: my.trsretire.com. All contributions are submitted weekly to each employee's Transamerica account. Once enrolled, you may access your account information on-line at my.trsretire.com or direct account inquiries to Transamerica Retirement Solutions' Customer Service representatives at 1-800-755-5801. All address changes must be submitted to the following address: Human Resource Services/Benefits Dept., ATTN: 401(k) Savings Plan, 708 Blair Mill Road, Willow Grove, PA 19090.

## Basic Life Insurance

The Company provides Basic Life Insurance to full-time eligible employees beginning the first day of the month following completion of ninety (90) consecutive days of service with the Company. Please refer to your enrollment application provided at the time of hire to determine the amount of Company paid life insurance provided in your Region.

## Supplemental Life Insurance – Voluntary Benefit

The Company offers voluntary Supplemental Life Insurance to all full-time eligible employees. An employee may elect to purchase Supplemental Life Insurance, through payroll deductions, in increments of $10,000 up to a maximum of $50,000 of coverage. Rates are based on the coverage level selected. Coverage becomes effective the first day of the month following completion of ninety (90) consecutive days of service with the Company, provided the employee completes and returns the required enrollment form (provided at the time of hire) within 30 days of his/her eligibility date. The enrollment form may be returned to:

Asplundh Tree Expert Co.
Human Resource Services/Benefits Dept.
708 Blair Mill Road, Willow Grove, PA 19090

**Vacations**

For information regarding vacation availability and eligibility, please contact your hiring agent. To be eligible, you must first complete a required period of continuous service.

**REMEMBER, BENEFITS IN YOUR AREA MAY BE DIFFERENT FROM THOSE SPECIFIED ABOVE. FOR INFORMATION REGARDING THE ACTUAL BENEFITS AVAILABLE TO YOU, PLEASE CONTACT YOUR HIRING AGENT.**

Asplundh Tree Expert Co. reserves the right to modify or eliminate benefits at any time.

# FAMILY AND MEDICAL LEAVE ACT (FMLA) LEAVE POLICY

It is important that this policy be read in its' entirety as it explains the rights and responsibilities for employees taking a FMLA leave. It includes how and when payments must be made to continue health benefits during the leave, the requirement to use all available paid time off during the leave, the document process and response time that must be followed to qualify for FMLA leave.

The Company will grant FMLA leave for eligible employees for up to a total of 12 work weeks (26 work weeks for Military Caregiver Leave) in a 12-month period to take job-protected, unpaid leave (paid leave will be substituted and run concurrently for the FMLA leave period using all applicable and available vacation hours accrued, personal time, sick time, PTO, disability pay or other earned excused absence time). Eligible employees are entitled to up to 12 work weeks of leave because of the birth of the employee's child and to care for the newborn child, because of the placement of a child with the employee for adoption or foster care, because the employee is needed to care for a child, spouse, or parent with a serious health condition, because of the employee's own serious health condition, including pregnancy or a pregnancy-related condition that prevents the employee from performing the functions of his or her job, or because of any qualifying exigency arising out of the fact that the employee's spouse, son, daughter, or parent is a covered military member on active duty (or has been notified of an impending call or order to active duty) in support of a contingency operation. The FMLA definition of "child" includes biological, adopted, or foster child, a legal ward, or a child of a person standing *in loco parentis*. FMLA regulations define employees standing *in loco parentis* as those with day-to-day responsibilities to care for and/or financially support a child. The employee will be required to provide reasonable *in loco parentis* relationship documentation. In certain cases, FMLA leave may be taken on an intermittent basis rather than all at once, or the employee may work a part-time schedule. To the extent that any of the foregoing is modified by state law, this policy will be adjusted to comply with the state law.

The Company will grant Military Caregiver Leave for an eligible employee to care for a covered service member who is a current member of the Armed Forces including National Guard or Reserves, who is undergoing medical treatment, recuperation or therapy, is otherwise in outpatient status, or is otherwise on the temporary disability retired list, for a serious illness or injury, or a covered veteran who was a member of any branch of the military (as long as the individual was a service member who was discharged or released under conditions other than dishonorable at any time during the five years prior to the first date the eligible employee takes FMLA leave to care for the covered veteran undergoing medical treatment, recuperation, or therapy for a serious injury or illness who is a spouse, son, daughter, parent, or is designated as the next of kin. The employee is permitted to take up to a total of 26 work weeks of unpaid leave during a single 12 month period. The "single 12-month period" begins on the first day the eligible employee takes FMLA leave to care for a covered service member or veteran and ends 12 months after that date. If an eligible employee does not take all of his or her 26 workweeks of leave entitlement during the "single 12-month period", the remaining part of the leave entitlement to care for the covered service member is forfeited.

For purposes of FMLA, "serious health condition" entitling an employee to FMLA leave means an illness, injury, impairment or physical or mental condition that involves in-patient treatment in a hospital, hospice, or residential medical care facility, or continuing treatment by a health care provider. The term "treatment" includes (but is not limited to) examinations to determine if a serious health condition exists and evaluations of the condition. A period of incapacity of more

Rev. 5/2015

than three consecutive, full calendar days, and any subsequent treatment or period of incapacity relating to the same condition, that also involves treatment two or more times, within 30 days of the first day of incapacity.  Treatment does NOT include routine physical examinations, eye examinations or dental examinations.  Note: For purposes of determining eligibility for military caregiver leave, "serious health condition" will include a serious injury or illness that may render the service member medically unfit to perform his or her military duties. For veterans, a serious injury or illness is one that rendered the veteran medically unfit to perform his or her military duties or an injury or illness that qualifies the veteran for certain benefits from the Department of Veterans Affairs or substantially impairs the veteran's ability to work. This includes injuries and illnesses that were incurred or aggravated during military service but that did not manifest until after veteran left active duty.

The Company will grant Qualifying Exigency Leave for eligible employees with a spouse, son, daughter or parent who is serving in any branch of the Armed Forces, including the National Guard or Reserves, and who is deployed or called to active duty in a foreign country. For purposes of qualifying exigency leave, an employee's son or daughter on covered active duty refers to a child of any age. The employee is permitted to take up to a total of 12 work weeks of unpaid leave during the 12 month-period established by the Company as described under Section "Determining the 12 month period."  Qualifying exigencies may include:

- Short-notice deployment:
  - Leave may be granted to address any issue that arises from the fact that a covered military member is notified of an impending call or order to active duty in support of a contingency operation seven or less calendar days prior to the date of deployment.  Leave taken for this purpose can be used for a period of seven calendar days beginning on the date a covered military member is notified of an impending call or order to active duty in support of a contingency operation;
- Military events and related activities:
  - To attend any official ceremony, program, or event sponsored by the military that is related to the active duty or call to active duty status of a covered military member;
  - To attend family support or assistance programs and informational briefings sponsored or promoted by the military, military service organizations, or the American Red Cross that are related to the active duty or call to active duty status of a covered military member;
- Childcare and school activities:
  - When the active duty or call to active duty status of a covered military member necessitates a change related to the following, leave may be granted: To arrange for alternative childcare; To provide childcare on an urgent, immediate need basis (but not on a routine, regular, or everyday basis); To enroll in or transfer to a new school or day care facility; To attend meetings with staff at a school or daycare facility for circumstances outlined under the law.  Eligible dependents include a biological, adopted, or foster child, a stepchild, or a legal ward of a covered military member, or a child for who a covered military member stands in loco parentis, who is either under age 18, or age 18 or older and incapable of self-care because of a mental or physical disability at the time that FMLA leave is to commence;
- Care of the military member's parent who is incapable of self-care:
  - Arranging alternative care, providing care on a non-routine, urgent, immediate basis, admitting or transferring a parent to a new care facility and attending certain meetings with staff at a care facility such as meetings with hospice or

social service providers. Employee taking leave does not need to be related to the military member's parent but the military member must be parent, spouse, son or daughter of the employee taking the FML leave and the parent must be the parent of the military member (including an individual who stood in loco parentis to the military member when the member was a child.

- Financial and legal arrangements as outlined under the law;
  - o To make or update financial or legal arrangements to address the covered military member's absence;
  - o To act as the covered military member's representative before a federal, state, or local agency for purposes of obtaining, arranging, or appealing military service benefits while the covered military member is on active duty or call to active duty status, and for a period of 90 days following the termination of the covered military member's active duty status;
- Counseling:
  - o To attend Counseling provided by someone other than a health care provider for oneself, for the covered military member, or for the eligible dependents of the covered military member
- Rest and recuperation
  - o To spend time with a covered military member who is on short-term, temporary, rest and recuperation leave during the period of deployment;
  - o Eligible employees may take up to fifteen calendar days of leave for each instance of rest and recuperation;
- Post-deployment activities.
  - o To attend arrival ceremonies, reintegration briefings and events, and any other official ceremony or program sponsored by the military for a period of 90 days following the termination of the covered military member's active duty status; and
  - o To address issues that arise from the death of a covered military member while on active duty status, such as meeting and recovering the body of the covered military member and making funeral arrangements;
- Additional activities
  - o To address other events which arise out of the covered military member's active duty or call to active duty status provided that the employer and employee agree that such leave shall qualify as an exigency, and agree to both the timing and duration of such leave.

## Determining the 12 month period

In determining the 12-month period in which the 12 work weeks (or qualifying 26 work weeks) of leave entitlement occurs, the Company utilizes the 12-month period measured forward from the date the employee's first FMLA leave begins.   An employee would be entitled to 12 work weeks of leave during the 12-month period beginning on the first date FMLA leave is taken; the next 12-month period of eligibility would begin the first time FMLA leave is taken after completion of any previous 12-month period.  Example:  An employee begins a qualifying FMLA leave as of Feb. 22, 2008; the employee may take up to the qualifying number of work weeks allowed under the policy during the 12-month period from Feb. 22, 2008 through Feb. 21, 2009.  The next 12-month period would begin on the first date of a qualifying FMLA leave that commences on or after Feb. 22, 2009.

## Eligibility for Family and Medical Leave Of Absence

To be eligible for a leave of absence under this policy, an employee **must** have been employed by the Company for at least twelve months. All service will be credited toward the 12 months unless there is a 7-year gap in service. The employee must also have worked at least 1,250 hours during the twelve-month period immediately preceding the commencement of the leave of absence (employees who qualify for rights under USERRA shall be credited with the hours of service that would have been performed but for the military service and the employee's pre-service schedule will be used for calculating their credited hours). The employee must also be employed at a worksite where 50 or more employees are employed by the employer within 75 miles of that worksite.

## Application for Family and Medical Leave Of Absence/Notice by Employee/Certifications

Any employee who desires a leave of absence pursuant to this policy **must complete, sign, and submit an Application for Leave Of Absence. ALL completed paperwork (the signed application and appropriate certifications/forms as described under Section "Certification Procedure") must be sent to the BENEFITS DEPARTMENT, PO BOX 538, WILLOW GROVE, PA 19090 for determination of qualifying FMLA leave within 15 days of original receipt by the employee. The employee should specify the manner in which they wish to receive the FML "Designation Notice" (WHD Form WH 382) on their Application for Leave Of Absence. The determination notice can be sent to an email address, mailed to their home address on file or alternate address indicated on the application. If not clearly indicated on the Application, the Company will send the notification to the home address on file.** When the need for leave of absence is foreseeable or anticipated, such as planned medical treatment or the birth of a child, the employee must make efforts to schedule leave so as not to disrupt the Company's operations and must submit the Application For Leave Of Absence not less than 30 days before the date the leave is to begin. If the need for leave was not foreseeable, the employee must submit an Application for Leave Of Absence as far in advance of the date the leave is to begin or as soon after as is practicable. Employees needing intermittent FMLA leave or leave on a reduced leave schedule must attempt to schedule their leave as not to disrupt the employer's operations. In addition, an employer may assign an employee to an alternative position with equivalent pay and benefits that better accommodates the employee's intermittent or reduced leave schedule.

The leave of absence pursuant to this policy may be taken by an employee on an intermittent (rather than on an uninterrupted) basis or on a reduced schedule if medically necessary as a result of an employee's serious health condition or that of his or her spouse, child or parent. However, except as allowed by local law, a leave of absence pursuant to this policy may not be taken on an intermittent or reduced schedule basis when the reason for the leave is the birth of a child or the placement of a child for adoption or foster care.

## Certification Procedure

Every Application for Leave Of Absence pursuant to this policy must include the completed Department of Labor applicable Certification of Health Care Provider forms filled out by a licensed medical care provider (except when the reason for the requested leave of absence is the birth or the placement of a child for adoption or foster care). If the leave is for Military Family Leave, the applicable form for "Certification of Qualifying Exigency" or "Certification for Serious

Case 7:16-cv-00339-GEC   Document 1-3   Filed 07/15/16   Page 28 of 40   Pageid#: 48

Injury of Illness of Covered Service member" must be completed and included with the Application for Leave of Absence form. **All required forms, including the written medical certification, must be submitted to the BENEFITS DEPARTMENT, PO BOX 538, WILLOW GROVE, PA 19090 within 15 days of original receipt by the employee. The Certificate of Health Care Provider forms must be completed in full and signed. They shall be attached to the Application for Leave Of Absence. It is the responsibility of the employee to submit the Certification of Health Care Provider forms, as well as all other forms, to the BENEFITS DEPARTMENT, PO BOX 538, WILLOW GROVE, PA 19090.**

In its discretion, and at its own expense, the Company may require a second medical opinion after an employee submits a medical certification. If the second medical opinion differs from the original medical certification, the Company may require the employee to submit to examination by a third physician, the identity of whom will be agreed upon by the Company and the employee requesting the leave of absence. The Company may require periodic re-certification by an employee's medical care provider when the Company in its discretion deems re-certification is warranted.

## Conditions of Family and Medical Leave Of Absence

The following conditions apply to a leave of absence pursuant to this policy:

1.  An employee taking an approved leave of absence must provide an update of his or her status as outlined in the provided "Notice of Eligibility and Rights & Responsibilities" document that will be provided in response to a leave request.

2.  An employee taking an approved leave of absence may not engage in other work or employment during the leave of absence. If an employee engages in other work or employment during the leave of absence, the employee will be considered to have violated the terms of the leave of absence, and to have voluntarily terminated his or her employment with the Company.

3.  If an employee is granted a leave of absence on an intermittent basis or a reduced scheduled basis, the Company may require the employee to temporarily transfer to an alternative position that accommodates the employee's recurring absence or part-time schedule.

4.  A husband and wife who are eligible for FMLA leave and are both employed by the Company are limited to a combined total of 12 work weeks of leave (26 workweeks for qualified military caregiver leave), during the 12-month period if the leave is taken to care for the employee's parent (care for parents-in-law is not covered by the FMLA) with a serious health condition, for the birth of the employee's son or daughter or to care for the child after the birth, or for placement of a son or daughter with the employee for adoption or foster care or to care for the child after placement. This limitation on the total weeks of leave applies to leave taken for the reasons specified as long as a husband and wife are employed by the "same employer." It would apply, for example, even though the spouses are employed at two different worksites of an employer located more than 75 miles from each other, or by two different operating divisions of the same company. On the other hand, if one spouse is ineligible for FMLA leave entitlement, the other spouse would be entitled to a full 12 weeks of FMLA leave. Where the husband and wife both use a portion of the total 12-week FMLA leave entitlement for either the birth of a child, for placement for adoption or foster care, or to care for a parent, the husband and wife would each be entitled to the difference between the amount he or she has taken individually and 12 weeks for FMLA leave for other purposes. For example, if each spouse took 6 weeks of leave to care for a parent (care for parents-in-

law is not covered by the FMLA), each could use an additional 6 weeks due to his or her own serious health condition or to care for a child with a serious health condition.

5.     The employee will be required to make their portion of their premium payments for continued health benefit coverage during any portion of the approved FMLA leave that is unpaid. Contact information for making payment arrangements will be provided in the "Notice of Eligibility and Rights & Responsibilities" form. Failure to make the required premium payments will result in cancellation of benefits from the date the last premium payment was paid.

6.     If at the time of applying for a leave of absence or during the leave of absence, the employee intends not to return to work, decides not to work after completion of the leave of absence, or is unable to return to work at the end of the leave, the employee is required to provide written notice to the Benefits Dept., PO BOX 538, Willow Grove, PA, 19090 or by phone at 1-800-248-8733. Employees who do not return to work for reasons other than a qualifying continued medical condition or extenuating circumstances will be liable to and required to reimburse the Company for the company's contribution made on behalf of the employee to maintain the employee's benefits during the FMLA leave.

## Status of Employee Compensation and Benefits during Family Medical Leave Of Absence

The Company may apply any part of an employee's accrued paid vacation time and/or paid sick/personal time toward any part of the 12 work week (26 work week) period allowed for an approved leave of absence pursuant to this policy. The "Notice of Eligibility and Rights & Responsibilities" form will indicate the requirement to use the applicable accrued paid time as substitution for any part of the unpaid FMLA leave. The decision to compensate an employee for any part of an approved leave of absence not covered by accrued paid vacation time and/or paid personal/sick time/PTO/excused absence time is within the sole discretion of the Company. Nothing in this policy will result in an increase on the amount or type of paid leave, if any.

An approved leave of absence pursuant to this policy will not, however, result in the loss of any employment benefit that may have accrued before the date the leave of absence started. Unless directed otherwise, the Company will continue group insurance. **For health, dental, vision, life and disability (if applicable) the employee will be required to pay the same premium portion as though active during any portion of the leave that is paid. If no paid time is available and any portion of leave is unpaid, the employee will be required to make premium payment contributions to continue health, dental and vision coverage during the unpaid leave period. Premium payments for continuation of benefits will be required to be made payable to the Company, and must be submitted on a monthly basis. If an employee chooses not to make premium payments, coverage will be cancelled as of the date the last premium payment was made, and the employee will incur a lapse in coverage for the leave period. If a lapse in coverage has occurred, an employee who returns to work at the end of the qualifying leave period, will have coverage reinstated by reapplying for coverage within 30 days of their return to work date and all coverage will be reinstated as of their return to work date. If they elect not to return to work, they may elect to continue health coverage through COBRA from the date following the end of the FMLA leave period or the date they notify the Company that they will not be returning from the FMLA leave. Please refer to the "Notice of Eligibility and Rights & Responsibilities" form for additional contact details.**

## Return from an Approved Family and Medical Leave Of Absence

Upon returning from an approved leave of absence granted as a result of an employee's own serious health condition, an employee must present written medical certification from his or her medical care provider stating that he or she is able to perform the essential functions of their job with or without reasonable accommodation. At that time, the Company will place the employee in his or her former position. In the event the former position is not available, the employee will be placed in an equivalent position with equivalent compensation and benefits.

If an employee does not return to work on the agreed upon date, the employee will be considered to have voluntarily terminated his or her employment **unless documentation is provided to support and allow a determination to be made that a continued need for leave will be granted as a qualifying reasonable accommodation under the Americans with Disabilities Act (ADA)**. Under no circumstances will a leave of absence be approved for longer than a period of 12 work weeks with the exception of the Military Caregiver Leave which provides up to 26 weeks **unless otherwise required as a reasonable accommodation under the Americans with Disabilities Act (ADA)**, or for any leave period pursuant to state statutes that provides a greater benefit than the 12 work weeks.

With respect to "highly paid" or "key" employees, there may be circumstances where no positions are available upon the expiration of his or her leave of absence. Under these circumstances, the employee may be terminated from the Company. A "key" or "highly paid" employee is a salaried employee who is among the highest paid 10% of those employees working within 75 miles of the company location at which the employee is assigned.

## Additional Information

Additional information regarding the FMLA may also be obtained by contacting the nearest office of the Wage and Hour Division, listed in most telephone directories under U.S. Government, Department of Labor. Specific phone numbers and website information is also listed on the "Your Rights under the Family and Medical Leave Act of 1993" poster.

If any regulations in effect as of the date of the handbook are subsequently amended, they are incorporated herein when effective.

# EMPLOYEE RIGHTS AND RESPONSIBILITIES
## UNDER THE FAMILY AND MEDICAL LEAVE ACT

## Basic Leave Entitlement

FMLA requires covered employers to provide up to 12 weeks of unpaid, job-protected leave to eligible employees for the following reasons:

• for incapacity due to pregnancy, prenatal medical care or child birth;
• to care for the employee's child after birth, or placement for adoption or foster care;
• to care for the employee's spouse, son, daughter or parent, who has a serious health condition; or
• for a serious health condition that makes the employee unable to perform the employee's job.

## Military Family Leave Entitlements

Eligible employees whose spouse, son, daughter or parent is on covered active duty or call to covered active duty status may use their 12-week leave entitlement to address certain qualifying exigencies. Qualifying exigencies may include attending certain military events, arranging for alternative childcare, addressing certain financial and legal arrangements, attending certain counseling sessions, and attending post-deployment reintegration briefings.

FMLA also includes a special leave entitlement that permits eligible employees to take up to 26 weeks of leave to care for a covered servicemember during a single 12-month period. A covered servicemember is: (1) a current member of the Armed Forces, including a member of the National Guard or Reserves, who is undergoing medical treatment, recuperation or therapy, is otherwise in outpatient status, or is otherwise on the temporary disability retired list, for a serious injury or illness*; or (2) a veteran who was discharged or released under conditions other than dishonorable at any time during the five-year period prior to the first date the eligible employee takes FMLA leave to care for the covered veteran, and who is undergoing medical treatment, recuperation, or therapy for a serious injury or illness.*

**\*The FMLA definitions of "serious injury or illness" for current servicemembers and veterans are distinct from the FMLA definition of "serious health condition".**

## Benefits and Protections

During FMLA leave, the employer must maintain the employee's health coverage under any "group health plan" on the same terms as if the employee had continued to work. Upon return from FMLA leave, most employees must be restored to their original or equivalent positions with equivalent pay, benefits, and other employment terms.

Use of FMLA leave cannot result in the loss of any employment benefit that accrued prior to the start of an employee's leave.

## Eligibility Requirements

Employees are eligible if they have worked for a covered employer for at least 12 months, have 1,250 hours of service in the previous 12 months*, and if at least 50 employees are employed by the employer within 75 miles.

**\*Special hours of service eligibility requirements apply to airline flight crew employees.**

## Definition of Serious Health Condition

A serious health condition is an illness, injury, impairment, or physical or mental condition that involves either an overnight stay in a medical care facility, or continuing treatment by a health care provider for a condition that either prevents the employee from performing the functions of the employee's job, or prevents the qualified family member from participating in school or other daily activities.

Subject to certain conditions, the continuing treatment requirement may be met by a period of incapacity of more than 3 consecutive calendar days combined with at least two visits to a health care provider or one visit and

a regimen of continuing treatment, or incapacity due to pregnancy, or incapacity due to a chronic condition. Other conditions may meet the definition of continuing treatment.

## Use of Leave

An employee does not need to use this leave entitlement in one block. Leave can be taken intermittently or on a reduced leave schedule when medically necessary. Employees must make reasonable efforts to schedule leave for planned medical treatment so as not to unduly disrupt the employer's operations. Leave due to qualifying exigencies may also be taken on an intermittent basis.

## Substitution of Paid Leave for Unpaid Leave

Employees may choose or employers may require use of accrued paid leave while taking FMLA leave. In order to use paid leave for FMLA leave, employees must comply with the employer's normal paid leave policies.

## Employee Responsibilities

Employees must provide 30 days advance notice of the need to take FMLA leave when the need is foreseeable. When 30 days notice is not possible, the employee must provide notice as soon as practicable and generally must comply with an employer's normal call-in procedures.

Employees must provide sufficient information for the employer to determine if the leave may qualify for FMLA protection and the anticipated timing and duration of the leave. Sufficient information may include that the employee is unable to perform job functions, the family member is unable to perform daily activities, the need for hospitalization or continuing treatment by a health care provider, or circumstances supporting the need for military family leave. Employees also must inform the employer if the requested leave is for a reason for which FMLA leave was previously taken or certified. Employees also may be required to provide a certification and periodic recertification supporting the need for leave.

## Employer Responsibilities

Covered employers must inform employees requesting leave whether they are eligible under FMLA. If they are, the notice must specify any additional information required as well as the employees' rights and responsibilities. If they are not eligible, the employer must provide a reason for the ineligibility.

Covered employers must inform employees if leave will be designated as FMLA-protected and the amount of leave counted against the employee's leave entitlement. If the employer determines that the leave is not FMLA-protected, the employer must notify the employee.

## Unlawful Acts by Employers

FMLA makes it unlawful for any employer to:

• interfere with, restrain, or deny the exercise of any right provided under FMLA; and
• discharge or discriminate against any person for opposing any practice made unlawful by FMLA or for involvement in any proceeding under or relating to FMLA.

## Enforcement

An employee may file a complaint with the U.S. Department of Labor or may bring a private lawsuit against an employer.

FMLA does not affect any Federal or State law prohibiting discrimination, or supersede any State or local law or collective bargaining agreement which provides greater family or medical leave rights.

**FMLA section 109 (29 U.S.C. § 2619) requires FMLA covered employers to post the text of this notice. Regulation 29 C.F.R. § 825.300(a) may require additional disclosures.**



**For additional information:**
1-866-4US-WAGE (1-866-487-9243) TTY: 1-877-889-5627
**WWW.WAGEHOUR.DOL.GOV**

U.S. Department of Labor | Wage and Hour Division



WHD Publication 1420 · Revised February 2013

## EMPLOYEE SAFETY

Your Safety Department has developed an incident prevention program which is one of the best in the industry.

It is Company policy to operate every job in strict accordance with our time-tested safe practices and rules, in addition to the regulations established under the Occupational Safety and Health Act of 1970.

## SAFETY DEPENDS ON YOU

There are hazards in every job, and the work we do is no exception.

You will work with the best tools, the best equipment and the best safety devices available. You will be given systematic on-the-job training, and you will work under the most careful supervision possible.

Even so, your safety depends on you! Never forget that in our industry most incidents are caused by two things:

1. Ignoring the Foreperson's instructions.

2. Not working according to approved work procedures and safety rules.

# OCCUPATIONAL SAFETY AND
# HEALTH ACT

You should understand your rights and responsibilities and the responsibilities of Asplundh Tree Expert Co. under the Occupational Safety and Health Act (usually referred to as OSHA). To explain this, the OSHA poster is reprinted here. (See next page).

Some states have their own Federally-approved Occupational Safety and Health Plan. In these states, the OSHA poster may be somewhat different from this, but will outline benefits and responsibilities at least as effective as these. Your General Foreperson will have a copy of this poster to show you.

You should also understand that the "General Duty Clause" of the Occupational Safety and Health Act has the effect of making our compliance with the Incident Prevention Section of our Foreperson's Manual a matter of Federal law.

Your compliance with these safety rules and practices is a condition of employment.

**- WORK SAFELY -
YOUR LIFE DEPENDS ON IT!**

You Have a Right to a Safe
and Healthful Workplace.

# IT'S THE LAW!

- You have the right to notify your employer or OSHA about workplace hazards. You may ask OSHA to keep your name confidential.

- You have the right to request an OSHA inspection if you believe that there are unsafe and unhealthful conditions in your workplace. You or your representative may participate in the inspection.

- You can file a complaint with OSHA within 30 days of discrimination by your employer for making safety and health complaints or for exercising your rights under the OSH Act.

- You have a right to see OSHA citations issued to your employer. Your employer must post the citations at or near the place of the alleged violation.

- Your employer must correct workplace hazards by the date indicated on the citation and must certify that these hazards have been reduced or eliminated.

- You have the right to copies of your medical records or records of your exposure to toxic and harmful substances or conditions.

- Your employer must post this notice in your workplace.

The Occupational Safety and Health Act of 1970 (OSH Act), P.L. 91-596, assures safe and healthful working conditions for working men and women throughout the Nation. The Occupational Safety and Health Administration, in the U.S. Department of Labor, has the primary responsibility for administering the OSH Act. The rights listed here may vary depending on the particular circumstances. To file a complaint, report an emergency, or seek OSHA advice, assistance, or products, call 1-800-321-OSHA or your nearest OSHA office: • Atlanta (404) 562-2300 • Boston (617) 565-9860 •Chicago (312) 353-2220 • Dallas (214) 767-4731 • Denver (303) 844-1600 • Kansas City (816) 426-5861 • New York (212) 337-2378 • Philadelphia (215) 861-4900 • San Francisco (415) 975-4310 • Seattle (206) 553-5930. Teletypewriter (TTY) number is 1-877-889-5627. To file a complaint online or obtain more information on OSHA federal and state programs, visit OSHA's website at www.osha.gov. If your workplace is in a state operating under an OSHA-approved plan, your employer must post the required state equivalent of this poster.

**1 -800-321-OSHA**
**www.osha.gov**

U.S. Department of Labor • Occupational Safety and Health
Administration • OSHA 3165

# EMPLOYEE STATEMENT

I understand that it is the policy of Asplundh Tree Expert Co. and all of its subsidiaries and its management to work continually toward improving recruitment, employment, development and promotional opportunities for all persons.

I further understand that it is Asplundh Tree Expert Co.'s intent and the responsibility of each employee to provide equal opportunity in all areas of its employment practices and to ensure that there be no discrimination against any applicant or employee on the grounds of race, color, religion, sex, age, disability, national origin, veteran status, marital status, or sexual orientation.

Any employee in a protected class who is subjected to harassment or discrimination has the right to have such activity terminated immediately. Complaints may be made to the employee's immediate Supervisor, (Foreperson, General Foreperson, or Supervisor) or Region Manager. If you cannot report to your immediate Supervisor or Region Manager, or if a complaint you have made has not been promptly addressed, you should call the EEO Officer at (215) 784-4200 or 1-800-248-8733 at Asplundh Tree Expert Co.'s home office in Pennsylvania. Complaints shall be treated in a confidential manner and an investigation will be conducted concerning the allegations. If the investigation leads to a determination that the charges are true, Asplundh Tree Expert Co. will take corrective action immediately. Engaging in action in violation of Asplundh Tree Expert Co.'s policy as set forth in the Employee Handbook and related notices will be grounds for disciplinary action up to and including discharge.

Rev. 5/2015

## **EMPLOYEE STATEMENT**

I understand that it is the policy of Asplundh Tree Expert Co. and all of its subsidiaries and its management to work continually toward improving recruitment, employment, development and promotional opportunities for all persons.

I further understand that it is Asplundh Tree Expert Co.'s intent and the responsibility of each employee to provide equal opportunity in all areas of its employment practices and to ensure that there be no discrimination against any applicant or employee on the grounds of race, color, religion, sex, age, disability, national origin, veteran status, marital status, or sexual orientation.

Any employee in a protected class who is subjected to harassment or discrimination has the right to have such activity terminated immediately. Complaints may be made to the employee's immediate supervisor, (Foreperson, General Foreperson or Supervisor) or Region Manager. If you cannot report to your immediate Supervisor or Region Manager, or if a complaint you have made has not been promptly addressed, you should call the EEO Officer at (215) 784-4200 or 1-800-248-8733 at Asplundh Tree Expert Co.'s home office in Pennsylvania. Complaints shall be treated in a confidential manner and an investigation will be conducted concerning the allegations. If the investigation leads to a determination that the charges are true, Asplundh Tree Expert Co. will take corrective action immediately. Engaging in action in violation of the Company's policy as set forth in the Employee Handbook and related notices will be grounds for disciplinary action up to and including discharge.

I understand my rights and responsibilities as I have read them in the Employee Statement and I agree to follow the procedure for reporting.

Employee Signature: _____

Date:_____Region: _____

Employee Print Name: _____

*Place in Region Personnel File*

## DISCLAIMER

THE POLICIES AND/OR PROCEDURES SET FORTH IN THIS HANDBOOK ARE OFFERED BY THE COMPANY AS GUIDELINES ONLY. THE COMPANY RESERVES ABSOLUTE DISCRETION TO DEVIATE FROM THE POLICIES OR PROCEDURES SET FORTH HEREIN AND TO ALTER, AMEND, DELETE, OR REVISE THE POLICIES AND/OR PROCEDURES SET FORTH HEREIN AS IT DEEMS APPROPRIATE AND IN THE INTEREST OF THE COMPANY. YOUR EMPLOYMENT WITH THE COMPANY IS AN AT-WILL EMPLOYMENT UNDER THE LAWS OF THE STATE. THIS MEANS YOUR EMPLOYMENT MAY BE TERMINATED AT ANY TIME WITH OR WITHOUT NOTICE BY THE COMPANY AND YOU MAY QUIT YOUR EMPLOYMENT WITH THE COMPANY AT ANY TIME. NOTHING IN THIS HANDBOOK SHOULD BE CONSIDERED TO ALTER THE AT-WILL NATURE OF YOUR EMPLOYMENT WITH THE COMPANY. NO ONE EXCEPT THE PRESIDENT OR VICE PRESIDENT OF THE COMPANY IS AUTHORIZED TO ALTER THE AT-WILL NATURE OF THE EMPLOYMENT OF ANY EMPLOYEE OF THE COMPANY. SUCH ALTERATION MUST BE IN WRITING, SIGNED BY THE PRESIDENT OR VICE PRESIDENT AND CLEARLY STATE THAT THE PURPOSE OF THE WRITING IS TO ALTER THE AT-WILL EMPLOYMENT RELATIONSHIP.

By my signature below, I acknowledge that I have read this Disclaimer and that I understand it.

_____           _____

Employee Signature                                          Date

_____

Employee's Printed Name

*Place in Region Personnel File*

## Hours Worked Policy

The Company is committed to compensating its hourly employees for all hours worked. At times, employees may take Company owned computers, electronic handheld devices and cell phones home with them at the end of the work day. This equipment provides employees the ability to complete work during hours that fall outside of the normal work day. This policy is intended to document that an employee is prohibited from performing any work at home, either before or after their work day, or during their commute without expressed written approval from the General Foreperson, Supervisor or Region Manager. The policy also addresses the disciplinary actions that can result from working hours that have not been approved.

Normal Work Day
The normal work day begins when the employee arrives at the show-up location, office, or prescribed work location at the designated time. The normal work day ends when the employee departs for home from the show-up location, office or prescribed work location at the designated time. The show-up or prescribed work location can and does regularly change as work is completed and can often be as far away as several hours drive and is considered normal commuting time in our line of work. The commute to the work location is considered home to work time and is not paid time. Occasionally, the company may provide a company vehicle for the convenience of the employees on extended commutes. Employees are not required to ride in the company vehicle and are free to travel to the work area as they see fit. This commuting time whether in a company vehicle or not is not considered to be work time and will not be paid.

Downloading Information
*Any work associated with the downloading of information from the handheld devices to a computer must be completed during the normal work day unless approved in writing by the General Foreperson, Supervisor, or Region Manager.*

Time Reporting System
*Employees are responsible for reporting all of their hours worked by utilizing Company timesheets or the approved recording method for your work area. If an employee performs work outside the normal work day, the time spent working must be reported to his/her immediate supervisor and properly recorded. Failure to accurately record hours worked is a violation of Company policy, and can result in disciplinary action, up to and including termination of employment.*

*Please contact Human Capital if you have any questions at 1-800-248-8733.*

I acknowledge that I have received this Hours Worked Policy. I understand that any violation of this policy will result in disciplinary action up to and including termination of my employment.


I have read and understand the Hours Worked Policy.


Print Name: _____


Signature: _____     Date: _____

## PRIVATE TREE WORK

No employee has the authority, without Sponsor approval, to solicit or engage in private tree work as a representative of Asplundh Tree Expert Co.

Anyone who solicits or does unauthorized private work during working hours, who misrepresents him or herself as doing private work for Asplundh Tree Expert Co., or who uses Company-owned tools or equipment for private work for his or her own account at any time is subject to discharge.

We recognize that some employees may engage in private tree work on their own behalf and on their own time. If you do this, remember - you do this work at your own risk. In case of injury to yourself, you are not covered by Workers' Compensation, and you may **not** be covered by your group medical and life insurance. Also, you would be liable for any injury or damage to others.

## NO HARASSMENT POLICY

Please refer to the Employee Handbook for the complete No Harassment Policy.

## EMPLOYEE'S RECEIPT

I acknowledge receipt of this Employee Handbook. In addition, I agree to familiarize myself with its contents, particularly Asplundh Tree Expert Co. policies strictly prohibiting "Private Tree Work" and it's "No Harassment Policy".

Employee                     Region: _____

Signature: _____ Date: _____

Employee Print Name: _____

*Place in Region Personnel File*